```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 08060
   VICTORIA LYNNE AGUILERA
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4117
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/07/06 and confirmed on 09/11/06.

2. The case was dismissed after confirmation, 08/28/2008.

3. The Debtor paid a total of $ 11848.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO O | SECURED | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO O | MORTGAGE ARRE | 216.00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 17586.66 | 2242.95 | 6616.39 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| KENNINGTON SQUARE HOME A | SECURED | 2000.00 | .00 | 958.41 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES IN NEPHROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| BONAVENTURE MEDICAL FOUN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2264.82 | .00 | .00 |
| **CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIANON SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN LABORATORY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY CARE GROUP OF | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 182.27 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 2332.19 | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SPORTS & REHAB | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 1406.87 | .00 | .00 |

```
NICK ZONE                       UNSECURED       NOT FILED              .00            .00
ORTHOPEDIC & SPINE SURGE        UNSECURED       NOT FILED              .00            .00
QUEST DIAGNOSTICS               UNSECURED       NOT FILED              .00            .00
RIVER WEST ANESTHESIOLOG        UNSECURED       NOT FILED              .00            .00
ROYAL PHYSICAL THERAPY          UNSECURED       NOT FILED              .00            .00
TRG ACCOUNT SERVICES            UNSECURED           34.40               .00            .00
WORLD FINANCIAL NETWORK         UNSECURED          106.23               .00            .00
WORLD FINANCIAL NETWORK         UNSECURED          200.94               .00            .00
WORLD FINANCIAL NETWORK         UNSECURED          622.14               .00            .00
ECAST SETTLEMENT CORPORA        UNSECURED         2356.35               .00            .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED  19802.66          .00      9506.21          .00      29308.87
PRINCIPAL PAID       7574.80          .00          .00          .00       7574.80
INTEREST PAID        2242.95          .00          .00          .00       2242.95
TOTAL PAID           9817.75          .00          .00          .00       9817.75
```

The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $   2968.75
and was paid $   1126.00   direct and $   1514.21   through the plan.

The Trustee received $    516.04 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 08060 VICTORIA LYNNE AGUILERA